UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SHANNON MORLEY,<br><br>        Plaintiff,<br><br>  vs.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br><br>        Defendant. | NO. CV-06-129-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DISMISSING ACTION |

Magistrate Judge Imbrogno recommended on August 15, 2006, that Mr. Moreley's request to proceed *in forma pauperis* be denied as it failed to satisfy the exception under 28 U.S.C. § 1915(g). The court further recommended Plaintiff's motion for appointment of counsel (Ct. Rec. 12) be denied. There being no objection, **IT IS ORDERED** the Report and Recommendation is **ADOPTED in its entirety**.

Plaintiff was advised if he wished to proceed with this action, he must pay the $350.00 filing fee. He has not done so. For the reasons stated above and in the Report and Recommendation (Ct. Rec. 13), **IT IS ORDERED** the application to proceed *in forma pauperis* is **DENIED,** the Motion for Appointment of Counsel (Ct. Rec. 12) is **DENIED** and this action is **DISMISSED**.

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DISMISSING ACTION -- 1

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order and forward a copy to Plaintiff, enter judgment and close the file.

**DATED** this 7th day of November, 2006.

*s/ Robert H. Whaley*

ROBERT H. WHALEY
CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2006\Morley\6cv129ci-9-27dis.wpd

ORDER ADOPTING REPORT AND RECOMMENDATION, DENYING APPLICATION TO PROCEED *IN FORMA PAUPERIS*, DENYING MOTION FOR APPOINTMENT OF COUNSEL AND DISMISSING ACTION -- 2