AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MORLEY

JUDGMENT IN A CIVIL CASE

v.

WASHINGTON STATE DEPARTMENT
OF CORRECTIONS, ET AL

CASE NUMBER: 06-CV-129-CI

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Report and Recommendation is ADOPTED in its entirety. The application to proceed in forma pauperis is DENIED, the Motion for Appointment of Counsel (Ct. Rec. 12) is DENIED and this action is DISMISSED.

| | |
|---|---|
| 11/07/06 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Vikki Johnson |
| | *(By) Deputy Clerk* |
| | Vikki Johnson |